# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Johnnie L. Hemmingway,

    Plaintiff(s),

vs.

NC Dept. Of Parole and Probation, et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-308-2

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/25/05 Order.

**Signed: July 25, 2005**

Frank G. Johns, Clerk
United States District Court